**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| AMBER TIFFANY HOSACK MCLEAN, and BARBARA HOSAK, **Plaintiffs,** vs. CARLOS MUNOZ, Esq., et al., **Defendants.** | **4:26CV3156** **ORDER** |

On June 10, 2026, Plaintiffs, Amber McLean and Barbara Hosack, filed an unsigned Amended Complaint, (Filing No. 6). On June 17, 2026, the Clerk of Court advised the plaintiffs that their Amended Complaint was unsigned and therefore deficient. The Clerk of Court directed the plaintiffs to "correct the deficiency" (i.e., file a signed Amended Complaint) within 14 days, or the pleading "may be stricken from the record of this case." (Filing No. 12) (Text Notice). The plaintiffs have failed to follow the Clerk of Court's directions. Instead, Plaintiff McLean filed a series of motions, two of which were unsigned, between June 22 and June 23, 2026. (Filing Nos. 13-16). On June 24, 2026, the Court denied Plaintiff McLean's motions, stating "Because the plaintiff's amended complaint is not signed, neither this case nor the plaintiff's motions are properly before the Court." (Filing No. 17). On June 29, 2026, Plaintiff McLean filed a "Brief" regarding Social Security benefits, again not properly signed in accordance with Rule 11 of the Federal Rules of Civil Procedure. (Filing No. 18). Plaintiffs still have not filed a properly signed Amended Complaint in accordance with Federal Rule of Civil Procedure 11 and the Court's directive.

Accordingly, the Court shall order Plaintiffs, Amber McLean and Barbara Hosack, to file a signed Amended Complaint that complies with Federal Rule of Civil Procedure 11 and the Court's Local Rules. This matter cannot proceed until the foregoing deficiency is corrected. **Failure to correct this defect within 21-days will result in the dismissal of the Amended Complaint without further notice.** Accordingly,

1

2

**IT IS ORDERED:**  Plaintiffs, Amber McLean and Barbara Hosack, are directed to file a signed copy of their Amended Complaint (Filing No. 6) **on or before August 3, 2026**.  Failure to comply will result in dismissal of the Amended Complaint without further notice.

Dated this 13th day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge