IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMBER TIFFANY HOSACK MCLEAN, and BARBARA HOSAK,

Plaintiffs,

vs.

WILSON RODRIGUEZ, Foster Parent, Mr.; IVELISSE RUIZ, Foster Parent, of Anasco, Puerto Rico; FRANCES TORRES BARRIOS, JANICE BERNAL, MUNOZ, LUCIDA MARY J. TANNER ZALDUONDO, ORLANDO SOTO JUSTINIANO, NITXALEE JIMENEZ, FRANCES TORRES, AGTE RAFAEL RAMOS MTOS PLACE 17614, YABEURA MIRANDA, (Interprete); MARTA L. MARCHANY, JANNIRIS GONZALEZ, JIMINEZ MOJICA, BLANKO, ROSA RUIZ, R. RAMOS, PHIL SUSNJARA, DIANA YOBOBYS FERRER, MARIA RIVERA VELEZ, CALIXTO RIVERA GHIGLIOTTY, JANNIRIS GONZALES AROCHO, MARY SUSNJARA, (Estate of); JOSEPH SUSNJARA, ANGELIE MARTIN RIVERA, DEPARTAMENTO DE JUSTICIA, LOURDES M. ORTIZ PAGAN, MAURA SANTIAGO DUCOS, NIXALEE JIMENEZ ROBLES, NORMA M. GARCIAS RIVERA, ORVILLE CONTY SOTO, VILMA DEL C MARTINEZ JULIA, WENDOLYN MORALES RIVERA, LUCIDA FRANSHESKA M. RUIZ FELICIANO, and VILMA MARTINEZ JULIA,

Defendants.

**4:26CV3156**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Plaintiff filed a Notice of Appeal on August 10, 2026. (Filing No. 28.) However, Plaintiff failed to include the filing and docket fees. Plaintiff must either submit the filing and docket fees to the Clerk's Office or submit a motion to proceed in forma pauperis.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff is directed to submit the filing fee to the Clerk's Office or submit a motion to proceed in forma pauperis by September 10, 2026.
2. The Clerk of Court is directed to send a copy of this Memorandum and Order to Plaintiff at her address of record.
3. The Clerk of Court is directed to set a case management deadline in this matter for September 10, 2026, with the following text: Check for motion to proceed in forma pauperis or payment.

Dated this 11th day of August, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge