IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMBER TIFFANY HOSACK MCLEAN, and BARBARA HOSACK,

Plaintiffs,

vs.

WILSON RODRIGUEZ, Foster Parent, Mr.; IVELISSE RUIZ, Foster Parent, of Anasco, Puerto Rico; FRANCES TORRES BARRIOS, JANICE BERNAL, MUNOZ, LUCIDA MARY J. TANNER ZALDUONDO, ORLANDO SOTO JUSTINIANO, NITXALEE JIMENEZ, FRANCES TORRES, AGTE RAFAEL RAMOS MTOS PLACE 17614, YABEURA MIRANDA, (Interprete); MARTA L. MARCHANY, JANNIRIS GONZALEZ, JIMINEZ MOJICA, BLANKO, ROSA RUIZ, R. RAMOS, PHIL SUSNJARA, DIANA YOBOBYS FERRER, MARIA RIVERA VELEZ, CALIXTO RIVERA GHIGLIOTTY, JANNIRIS GONZALES AROCHO, MARY SUSNJARA, (Estate of); JOSEPH SUSNJARA, ANGELIE MARTIN RIVERA, DEPARTAMENTO DE JUSTICIA, LOURDES M. ORTIZ PAGAN, MAURA SANTIAGO DUCOS, NIXALEE JIMENEZ ROBLES, NORMA M. GARCIAS RIVERA, ORVILLE CONTY SOTO, VILMA DEL C MARTINEZ JULIA, WENDOLYN MORALES RIVERA, LUCIDA FRANSHESKA M. RUIZ FELICIANO, and VILMA MARTINEZ JULIA,

Defendants.

**4:26CV3156**

**ORDER**

Plaintiff Amber Tiffany Hosack McLean filed a "Notice of Interlocutory Appeal" which attaches a Nebraska state court form labeled as "Affidavit and Application to Proceed In Forma Pauperis." (Filing No. 62.) The form document asks the applicant to supply information about assets and resources, such as cash on hand, bank accounts, real estate, etc. Setting aside the fact that Plaintiff incorrectly used a state court form in this federal proceeding, Plaintiff did not provide any of the information requested in the form. Instead, Plaintiff wrote on the document: "I am broke."

Pursuant to Federal Rule of Appellate Procedure 24(a), a party who desires to appeal in forma pauperis ("IFP") must file a motion, along with an affidavit that (1) shows in detail the party's inability to pay or give security for fees and costs; (2) claims an entitlement to redress; and (3) states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a). Plaintiff has not supplied any of the required information.

Accordingly,

**IT IS ORDERED** that Plaintiff will not be permitted to proceed IFP on appeal. Plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 62) is denied. Plaintiff shall submit the requisite filing and docket fees to the Clerk's Office within 14 days of this Order.

Dated this 20th day of November, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge